UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIE DENNIS | CIVIL ACTION |
| VERSUS | NO.  2:18-cv-06759 |
| WALDORF=ASTORIA MANAGEMENT, LLC, d/b/a THE ROOSEVELT NEW ORLEANS | JUDGE LANCE M. AFRICK |
| | MAG. JUDGE KAREN WELLS ROBY |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Waldorf=Astoria Management, LLC, which makes the following disclosures:

1.    Waldorf=Astoria Management LLC is a wholly owned subsidiary of Hilton Domestic Operating Company Inc.

2.    Hilton Domestic Operating Company Inc. is an indirect, wholly owned subsidiary of Hilton Worldwide Holdings Inc., a publicly traded corporation.

Respectfully submitted,

MOULEDOUX, BLAND, LEGRAND & BRACKETT

*s/André J. Mouledoux*
ANDRÉ J. MOULEDOUX (#9778)
TREVOR M. CUTAIAR (#33082)
701 Poydras Street, Suite 4250
New Orleans, Louisiana  70139
Telephone:   (504) 595-3000
Facsimile:   (504) 522-2121
E-mail:      amouledoux@mblb.com
             tcutaiar@mblb.com
*Counsel for Defendant, Waldorf=Astoria Management, LLC*
CorpDiscStatement.docx

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

***s/André J. Mouledoux***